## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RUFUS WEST,

     Plaintiff,

                                Case No.  17-cv-335-wmc

  v.

KEVIN CARR,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| | |
|---|---|
| /s/ | January 31, 2022 |
| Peter Oppeneer, Clerk of Court | Date |