# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

---

RUFUS WEST a/k/a MANSA LUTALO IYAPO,
On his own behalf and on behalf of all
others similarly situated,

        Plaintiff,

                                  Case No. 17-cv-335

vs.

KEVIN CARR,

        Defendant.

---

## PLAINTIFF'S NOTICE OF APPEAL

---

Notice is given that the Plaintiff Rufus West a/k/a Mansa Lutalo Iyapo ("Iyapo"), appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on January 31, 2022, and all orders entered by the Court prior to final judgment.

Dated and signed this 1st day of March, 2022 in Madison, Wisconsin.

                                AXLEY BRYNELSON, LLP

                                *s/ Michael J. Modl*
                                Michael J. Modl, SBN 1011419
                                Heath P. Straka, SBN 1031351
                                Danielle Baudhuin Tierney, SBN 1096371
                                2 East Mifflin Street, Suite 200
                                Post Office Box 1767
                                Madison, WI 53701-1767
                                Telephone: (608) 257-5661
                                Facsimile: (608) 257-5444
                                mmodl@axley.com
                                hstraka@axley.com
                                dtierney@axley.com