## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RUFUS WEST,

      Plaintiff,

                                    Case No.  17-cv-335-wmc

  v.

KEVIN CARR,

      Defendant.

---

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

(a) Judgment is entered in defendant's favor on plaintiff's claim under the Religious Land Use and Institutionalized Persons Act; and

(b) As to plaintiff's Wisconsin breach of contract claim:

(i) Judgment on liability is entered in favor of plaintiff, and the court DECLARES that defendant breached the June 27, 2016, Settlement Agreement between the parties (*see* dkt. #69, at 42-43); and

(ii) The court DECLINES to exercise supplemental jurisdiction as to the appropriate relief to be granted to plaintiff on the breach of contract claim, if any, and specifically RELINQUISHES jurisdiction over the remainder of his common law breach of contract claims, including DISMISSAL of the relief portion of that claim WITHOUT PREJUDICE.

| /s/ | March 2, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |